WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE, NORTH CAROLINA

AFFIDAVIT

Nos: 1:07mj 119, 120
121 & 122

This affiant, Andrew F. Romagnuolo, Special Agent, Federal Bureau of Investigation, being duly sworn, states the following:

I am a Special Agent of the Federal Bureau of Investigation(FBI), Charlotte Division, Asheville, North Carolina Resident Agency. This affiant has been employed as a Special Agent of the FBI for approximately nine years and ten months.

I am presently investigating violations of Federal Laws, specifically violations of Title 18 United States Code, Section 486, Uttering coins of gold, silver or other metal, Title 18 United States Code, Section 489, making or possessing likeness of coins, Title 18 United States Code, Section 1341, Mail Fraud, Title 18 United States Code, Section 1343, Wire Fraud, Title 18 United States Code, Sections 1956 and 1957, Money Laundering, and Title 18 United States Code, Section 371, Conspiracy.

As a result of personal participation in the investigative matters referred to in this affidavit, and based upon reports made to me by other law enforcement officers and private citizens, I am familiar with the facts and circumstances of this investigation. On the basis of that familiarity, I state the following:

**NORFED AND THE AMERICAN LIBERTY DOLLAR:**

The National Organization for the Repeal of the Federal Reserve and Internal Revenue Codes (NORFED) creates and issues a monetary currency called the American Liberty Dollar. As the organization's name implies, the goal of NORFED is to undermine the United States government's financial systems by the issuance of a non-governmental competing currency for the purpose of repealing the Federal Reserve and the Internal Revenue Code. The currency violations cited above support the additional federal violations including mail fraud, wire fraud, and conspiracy.

NORFED was recently renamed Liberty Services, Inc., also known as The Liberty Dollar. The name change came following a United States Mint warning that prosecutors with the Department of Justice had determined that the Liberty Dollar currency creation and usage violated federal law. The

1

purpose of the name change ostensibly was the removal of the political goals and language inherent in the name "National Organization for the Repeal of the Federal Reserve and Internal Revenue Code" (NORFED). However, the name NORFED is located on the minted Liberty Dollar coin. For the purpose of this affidavit the company will be referred to as NORFED.

The currency, called the American Liberty Dollar a.k.a. Liberty Dollar (ALD), exists in three forms; paper currency called warehouse receipts, coins, and Digital or eDollars.

NORFED claims to have approximately $21,000,000.00 in ALD currency in circulation to date.

## NORFED LEADERSHIP:

**BERNARD VON NOTHAUS** is the founder of the American Liberty Dollar currency, the founder of NORFED, the self-described monetary architect and Executive Director of Liberty Dollar Services, Inc., and is also the Regional Currency Officer, Evansville, Indiana. Von Nothaus is also a member of the NORFED Executive Committee.

**WILLIAM KEVIN INNES** is the Asheville, NC, Regional Currency Officer for the Liberty Dollar organization and one of three members of the NORFED Executive Committee.

**SARAH BLEDSOE** is the NORFED Fulfillment Office Manager in Evansville, Indiana.

**MICHAEL JOHNSON** was chosen by von Nothaus as his successor as the Executive Director of NORFED. Johnson's position was announced on 08/29/06. However, shortly after the US Mint press release which notified NORFED that prosecutors with the Department of Justice had determined that their currency was a violation of the Federal law, Johnson resigned. Johnson's resignation was announced on 11/28/06, at which time, von Nothaus resumed duties as the Executive Director.

On 11/28/06, Von Nothaus sent an email "LIBERTY DOLLAR NEWS: November 2006 Vol. 8 No. 11," which contained twelve notes. The second note in the newsletter indicated,

> "It is with shock and disappointment that I must inform you that Mike Johnson has resigned, telling me he was too "concerned" to be the Executive Director. So now I have to add "courage" to my list of requirements for an Executive Director. Of course this experience cost us a lot of money as we invested in Mike with the idea that he would generate more volume, but that was not the case. In fact, we have very little for his 2-1/2 months on the job. We wish Mike well and are now accepting applications for a new "courageous" Executive Director, please."

2

**FEDERAL BUREAU OF INVESTIGATION UNDERCOVER OPERATION:**

From August of 2005 until July of 2007, The Federal Bureau of Investigation (FBI) conducted an Undercover Operation to determine the legality of the American Liberty Dollar Currency. A Cooperating Witness (CW) and three FBI Undercover Employees (UCE) joined NORFED as Liberty Dollar Associates. The information provided within this affidavit is derived from public source information from the media, NORFED'S websites, NORFED'S materials collected by Cooperating Witnesses and Undercover Employees, collected evidence from search warrants, consensual recordings of conversations, and other traditional investigative means.

**AMERICAN LIBERTY DOLLAR (ALD) COINS:**

The Liberty Dollar coins, which NORFED calls "Liberties" or "medallions," are made of silver, gold, or copper depending upon the denomination of the coin. The word Liberty is scrolled across the top front of the coin. The image of a head wearing a crown, the letters USA, and "Trust In God" are also located on the front side of the coin. On the reverse, a torch, the words "Liberty Dollar" and the date are present. The combinations of images and wording are similar to the images and wording which appear on United States Mint coinage to the point that the ALD coins are easily confused with legitimate United States Currency.

　　　　The images below are of an American Liberty Dollar $20.00 denomination coin:

 

The images below are of similar United States Mint coinage:

US Mint 2007 Platinum Eagle coin

 

3

Roosevelt Dime 1946 - present



US Mint 2007 $1.00 Presidential Coins



**Title 18 United States Code (U.S.C.) Section 489 states:**

**Making or possessing likeness of coins**

  "Whoever, within the United States, makes or brings therein from
any foreign country, or possesses with intent to sell, give away,
or in any other manner uses the same, except under authority of the
Secretary of the Treasury or other proper officer of the United
States, any token, disk, or device in the likeness or similitude as
to design, color, or the inscription thereon of any of the coins of
the United States or of any foreign country issued as money, either
under the authority of the United States or under the authority of
any foreign government shall be fined under this title."

**HAWAII DALA:**

The Hawaii Dala coins are precious metal medallions of the
same weights and face value denominations as the Liberty
Dollar, and bear the same trademark as the Liberty Dollar.
The reverse of the coin indicates the words "Liberty Dollar."
The Hawaii Dala also exists in the form of warehouse
receipts, similar to the Liberty Dollar.

4

According to the website, the Hawaii Dala is marketed in the same way as the Liberty Dollar, as a voluntary local currency.

On 12/18/06, Coin World magazine released an article entitled, Husband, wife lease Royal Hawaiian Mint NORFED founder issues RHM piece. A portion of the article reads as follows:

"... New silver issues under the RHM hallmark, along with the recent Hawaii Dala medal, are being produced by the Sunshine Mint in Coeur d'Alene, Idaho, although the pieces will carry the RHM hallmark.

Since von Nothaus was responsible for the new silver release under the RHM banner, the reverse is struck with his personal registered hallmark, which has the letters rhm followed by a triangle with a circle and the letter b inside. All other future RHM issues will likely carry just the RHM hallmark without von Nothaus' personal mark."

On 08/29/07 a website search for the Hawaii Dala indicated that the destination website was www.norfed.org. Once in the www.norfed.org website, a user may choose the link "Money & Currency" which will send the user to a menu whereby the Hawaii Dala is listed. The caption indicates, "The Hawaii Dala - first officially issued in January 2007 - explodes the evolving Liberty Dollar concept." The link sends the user to www.hawaiidala.com, which indicates that payments may be made to "Royal Hawaiian Mint" and mailed to the Royal Hawaiian Mint Fulfillment Office, 225 N. Stockwell Road, Evansville, IN 47715, the same address as the Liberty Dollar Fulfillment Office.

On 3/24/07, during a consensually recorded meeting with a UCE of the FBI, von Nothaus spoke of the Hawaii Dala. Regarding the five dollar ($5.00) Hawaii Dala, von Nothaus stated, "the Princess Kailani piece is undoubtedly one of the most beautiful pieces that I've ever done."

Based upon the information collected regarding the Hawaii Dala, and other variations of coinage created and marketed by von Nothaus and NORFED, including Liberty Dollars/Libertads from Panama and Ecuador, it is clear that they are part of the same scheme and violate the same statutes as the Liberty Dollar.

**CURRENCY BACKED BY PRECIOUS METAL:**

NORFED markets the warehouse receipts and eDollars as "100% backed by silver." Audits and the NORFED website at www.libertydollar.org indicate that each edollar and warehouse receipt are backed by one troy ounce of .999 fine

5

silver. A $20.00 ALD warehouse receipt backed by one troy
ounce of .999 fine silver is valued at the daily spot price
of silver. As of 11/08/07, according to www.kitco.com, the
New York Spot Price of silver is $15.34, which would be a
$4.66 value shortfall for every eDollar and warehouse receipt
issued in the $20.00 ALD denomination. Even under NORFED's
own auditing standards, the ALD currency is not "100% backed
by silver" as advertised. A one troy ounce coin of the ALD
currency is currently minted as a $20.00 denomination coin.
The actual value of the ounce of silver is also the daily
spot price of silver. As of 11/08/07, the shortfall for the
coins would be the same as the eDollar or warehouse receipt,
$4.66.

The Federal Bureau of Investigation (FBI) Laboratory
conducted metallurgy testing on a ten dollar base, $10.00
denomination American Liberty Dollar (ALD) coin and confirmed
that the coin consisted of one troy ounce of .999% fine
silver.

The NORFED Headquarters, which the organization refers to as
the Fulfillment Office, is the contact to purchase ALD
currency and to manage the recruitment of new members.
NORFED sells the ALD currency at different prices dependant
upon the level of membership of a participant.

There are three basic levels of membership. The first is a
regional marketer called a Regional Currency Officer (RCO).
The RCO pays an annual fee to obtain a region where they are
responsible for the marketing of the ALD and for recruiting
Liberty Dollar Associates.

     Page 43 of a pamphlet distributed in the Liberty Dollar
Associate membership package indicated:

     Guidelines for Regional Currency Offices
     1.   Requirements for Establishment of a Regional
Currency Office
          a.   An Applicant for RCO status must have a
personal Net Worth in excess of $50,000 USD.
          b.   An Applicant for RCO status must be a
Liberty Associate for a minimum of one year prior
to making application, unless approved by Executive
Committee.
          c.   An Applicant for RCO status must agree to
abide by the RCO Code of Ethics.
          d.   An Applicant for RCO status must agree to
support local Liberty Merchants by offering
conversion of excess Liberty Dollars to FRNs when
necessary.
     (Note:  FRN is an abbreviation for Federal Reserve
Note)
          e.   An Applicant for RCO status must agree to
maintain a minimum reserve fund of $2,500.00 in
FRN's to facilitate convertibility.

6

f.   An Applicant for RCO status must agree to support local Liberty Associates by providing LA discounts on Liberty Dollars in accordance with current NORFED pricing structures.
*(Note:   LA is an abbreviation for Liberty Associate)*

On 10/26/06, during a consensually recorded conversation with an undercover employee (UCE) of the Federal Bureau of Investigation (FBI), Von Nothaus stated that in order to become an RCO, people had to be approved by the Executive Committee, which consisted of Von Nothaus; William Kevin Innes, RCO, Asheville, NC; and Ron Goodger, RCO, Fort Wayne, IN.

The next level of membership below the RCO is the Liberty Dollar Associate.  A Liberty Dollar Associate (Associate) pays $250.00 for membership.  The Associate receives $100.00 in ALD currency and a packet of information for the membership fee.  The referring person, normally another Associate or RCO, also receives $100.00 in ALD currency. NORFED keeps $50.00 of the membership fee for administrative costs.  The Associate can then purchase ALD currency at a discounted rate from their RCO or from the NORFED website.

A Cooperating Witness(CW) paid $250.00 to become a Liberty Dollar Associate.  The Regional Currency Officer for Asheville, North Carolina, William Kevin Innes, placed a telephone call to the NORFED Fulfillment Office in Evansville, Indiana and purchased the Liberty Dollar Associate membership for the CW utilizing his credit card. The CW received a box with the Book, <u>The Liberty Dollar Solution To the Federal Reserve</u>, other materials and American Liberty Dollar coins, Warehouse Receipts and eDollars.

A Cooperating Witness (CW) referred an Undercover Employee (UCE) of the Federal Bureau of Investigation (FBI) for membership as a Liberty Dollar Associate and received a check for $100.00 in United States currency, known by NORFED as Federal Reserve Notes(FRN) as a referral fee.

Two UCEs of the FBI joined NORFED as Liberty Dollar Associates and one received a check for $100.00 in United States currency, known by NORFED as Federal Reserve Notes (FRN) as a referral fee for the other.

The marketing system NORFED operates to sell the currency into circulation is a multi-level marketing scheme.  The scheme gives NORFED, RCOs, and Associates a profit for selling the ALDs into circulation.  When the ALD reached the point of being unprofitable, NORFED conducted a "move up" of the currency.  In 1998, the ALD currency was minted using a $10.00 base, meaning that a $10.00 ALD coin, eDollar, or warehouse receipt was backed by one troy ounce of silver.  In November of 2005, the thirty (30) day moving average of the

7

spot price of silver reached the "move up point" set by NORFED. NORFED recalled all of the $10.00 base coins and warehouse receipts and "re-minted" the currency as a $20.00 base currency. This change made what the day prior had been a $10.00 denomination ALD coin, warehouse receipt, or eDollar backed by one troy ounce of silver, a re-minted re-issued $20.00 denomination coin. This instantly doubled the value of the currency. The "move up" left the silver and gold holdings at the same level as they were at the ten dollar base. Thus the face value of the entire currency was doubled without changing the holdings at all. The other effect of the "move up" was a tremendous increase in profits for NORFED, RCOs and Associates.

The third level of membership is the member Merchant. These Merchants accept American Liberty Dollar currency as payment for goods and/or services at the face value of the ALD currency or at a dollar to dollar value with Federal Reserve Notes (FRN). The Merchant can also purchase the ALD currency at a discount and pass it as change to make a profit.

The use of bank accounts and negotiable instruments which convert to United States currency demonstrates NORFED's willingness to use and profit from United States currency which NORFED describes as worthless. Additionally, NORFED uses bank accounts to facilitate the distribution, sale, and circulation of the American Liberty Dollar currency. The following banks and accounts have been utilized by NORFED to do so:

**BANK ACCOUNTS:**

NORFED has maintained several bank accounts in which transactions were conducted since the inception of the Liberty Dollar in 1998. One such bank account is the **Integra Bank, Account #7800025301.** The name indicated on the checks was NORFED. The address indicated on the checks was 3819 E. Morgan Ave., Evansville, IN 47715, until approximately July, 2004, when the address was changed to 225 N. Stockwell Rd, Evansville, IN 47715.

An analysis of account **#7800025301** records dated from October of 2002 to September of 2005 indicated that checks were written to Sunshine Minting, Inc., in excess of $140,000.00; Bernard von Nothaus, in excess of $114,000.00; Cash, endorsed by Bernard von Nothaus and other known employees in excess of $92,500.00; Random von Nothaus, for $150.00; Suzy Nothouse and/or Suzy Nothhouse in excess of $11,500.00; Kevin Innes for $1,700.00; Michelle Jones in excess of $37,500; Raylene Callis in excess of $5,300.00; Sarah Bledsoe in excess of $56,800.00; Telle Presley in excess of $5,700.00; United Parcel Service in excess of $64,000.00; UPS in excess of $2,500.00; Post Office and Postmaster for approximately $2,500.00; Clark, Anderson, McNelis & Co., P.A. in excess of $4,400.00; Coin World for

8

$1,500.00; CPU (Computers, Parts & Upgrades) for $120.00; and several known Regional Currency Officers.  Additionally, there was a check written to Integra Bank, "Bernard von Nothaus" was written on the memo line, and appeared to be signed by Bernard von Nothaus for $13,000.00.  The check appears to have been transacted for cash.

An analysis of wire transfers from this NORFED account at Integra Bank indicated that for the year 2005, independent of the checking account transactions, an excess of one million dollars ($1,000,000.00) was transferred by wire to Bernard von Nothaus and the Sunshine Minting, Inc.

NORFED, as Liberty Services, Inc. of 527 N. Green River Rd. #158, Evansville, IN 47715, currently maintains an active account, **#7801142980**, with **Integra Bank.**  The current account balance as of 09/27/2007 was $106,734.73.  Review of this account for the period from December 2006 to August 2007 identified the following disbursements, all issued by Sarah Bledsoe:

    1.  Five checks issued to William Kevin Innes for a total of approximately $800.00.

    2.  Three checks issued to ANDERSON BROTHERS CPA for a total of approximately $1500.00.

    3.  Numerous checks issued to Sarah Bledsoe for a total of approximately $27,300.00.

    4.  Numerous checks issued to Bernard von Nothaus for a total of approximately $65,250.00.

    5.  Numerous checks issued to Sunshine Minting, Inc. for a total of approximately $997,800.00

    6.  Eight checks issued to the Royal Hawaiian Mint for a total of approximately $5,128.00.

    7.  One check issued to an UCE for the cash value of the UCE's eDollar account upon cash out.

    Opening documentation for the account show the account holders as Bernard von Nothaus and Sarah Bledsoe.

William Kevin Innes utilized a bank account, **First Citizens Bank, Account #005617167436.**  Opening documentation shows the account holder as W. Kevin Innes.  The account is currently closed due to an overdrawn balance.

An analysis of **First Citizens Bank, Account #005617167436** records dated from January 2005 to July 2007, indicated the following relate to Liberty Dollars:

    1.  Approximately $26,370.00 was disbursed from the

9

account to NORFED through checks and Visa debit card. Additionally, approximately $5,300.00 in wire transfers were disbursed to NORFED.

    2.  The records indicate deposits from purchases of currency, membership fees, and deposits received from NORFED for approximately $24,450.00.

    3. An UCE of the FBI wrote two checks to Innes during the course of this investigation.  Bank records indicate that both of those checks were deposited into this account.

**FULFILLMENT OFFICE, a.k.a. NORFED HEADQUARTERS:**

The NORFED Fulfillment Office is located at 225 N. Stockwell Road, Evansville, Indiana 47715.  A Cooperating Witness and two undercover employees (UCE) of the Federal Bureau of Investigation (FBI) have been to the office.

Von Nothaus and several RCO's referred to the "Fulfillment Office," "front office," and "NORFED Headquarters" interchangeably during several meetings attended by undercover employees (UCE) of the Federal Bureau of Investigation (FBI) as well as in correspondence. Additionally, the book included in each Associate packet, <u>The Liberty Dollar Solution To The Federal Reserve</u>, Edited by Bernard von Nothaus indicates under the "Acknowledgments" section that Sarah Bledsoe, Michelle Jones, Raylene Callis, and Telle Presley are staff at the Liberty Dollar National Fulfillment Office.

On 10/20/05, during a Liberty Dollar University training session, von Nothaus mentioned that there were three (3) women who worked at the fulfillment office in Evansville, IN. von Nothaus received unsolicited positive feedback as to the RCO's experience in dealing with the Liberty Dollar employees in the Fulfillment Office.  During the class, von Nothaus and other RCO's explained that the NORFED Headquarters was where the RCO's place orders for ALDs.  The ALD coins were shipped out to the RCO's from the NORFED Headquarters.

Von Nothaus and Innes regularly spoke of placing an order for ALD's "with the front office" during conversations with UCEs of the FBI.

UCEs of the FBI received their Liberty Dollar Associate currency purchases and Liberty Dollar Associate membership materials at the Fulfillment Office from Sarah Bledsoe during their attendance at Liberty Dollar University in April of 2007.

UCEs placed telephone calls to the Fulfillment Office to purchase memberships and to make arrangements for attendance at Liberty Dollar Universities and related social functions.

**THE NORFED PROFIT SCHEME:**

The "formula" used to determine the different prices of silver begins with the "spot silver price" of one ounce of silver on the stock market. NORFED uses the website www.kitko.com as their official marker for the spot price.

Once the spot silver price is determined, a "minting fee" is added; a "shipping fee" is added; and NORFED's profit is added. These fees and profit are referred to by NORFED as "Fabrication & Overhead." This new price is called the "RCO rate." This is the rate for which the RCO may purchase Liberty Dollars from NORFED.

Because the RCO has purchased his/her franchise, the RCO may then sell the Liberty Dollar for whatever amount/price he/she deems appropriate. NORFED recommends, and the general practice of the RCO's, is to then split the difference between the RCO rate and the "face value" of the coin. This price is the "Associate rate."

Some RCOs set their Merchant rate at the Associate rate. This is the rate at which the coin is marketed to merchants willing to accept and circulate the currency. However, some RCOs sell to their Merchants by splitting the difference between the Associate rate and the "face value" of the coin. This rate is the "Merchant rate."

A person not affiliated with the Liberty Dollar must pay the "face value" which is minted on the coins.

**LIBERTY DOLLAR UNIVERSITY:**

NORFED provides training information in the Associate membership packet and also trains RCOs and Associates at regional training events called Liberty Dollar University (LDU). An Associate or RCO may attend Liberty Dollar University for the price of two-hundred United States dollars ($200.00 USD) per attendee. Within the membership training materials and as a part of the LDU training, the organization provides a sales method called "The Drop." Using "The Drop," the NORFED member approaches a business person to attempt to persuade them to utilize the ALD currency. The NORFED member holds out an ALD coin and drops the coin in the person's hand so that they can feel the weight of the silver. The NORFED member then asks, "Do you take silver?" They do not describe or offer any explanation that the ALD is an alternative currency. Additionally, if the person is reluctant to take the ALD coin, the NORFED member is instructed to provide United States currency instead. NORFED describes United States currency as Federal Reserve Notes (FRN) of Fiat Currency.

In NORFED's training material provided to all Liberty Dollar

11

members who attend Liberty Dollar University, a training session for the Liberty Dollar, it is clearly written that:

> "*NOTE: Due to mfg and overhead there is a period when the formula does not work. This period is called "no man's land" because nobody wants to be there. But to get to the new $20 Silver Base, we must go through it to "Crossover." During this time the RCOs create their own pricing. When spot silver is over $8.50 NORFED uses an intern pricing for the later period of the 30 days required to Crossover."

The RCO quote for the one ounce coin at the $10 Silver Base is provided in the LDU training material as follows:

> Spot Silver Price = $6.00
> RCO Rate = $6.00 (Spot price) + $1.50 (Fabrication & Overhead) = $7.50 (Shipping costs are not included in these calculations.)
> Associate Rate = $7.50 + $1.25 (Half the difference between $10 and $7.50) = $8.75
>
> The minimum order requirement for an RCO is 1,000 ounces in any combination of denominations.

The material then illustrates the math whereby the RCO enters "no man's land."

> Spot Silver Price = $8.50
> RCO Rate = $8.50 (Spot price) + $1.50 (Fabrication & Overhead) = $10.00 (Shipping costs are not included in these calculations.)
> Associate Rate = $10.00 + $0.00 (There is no difference between the RCO rate and the market value) = $10.00

Because of this void in profit, NORFED determined that it would conduct the "Crossover," later dubbed the "Move Up," when the thirty (30) day moving average of the Spot Silver Price reached $7.50 for a period of thirty (30) consecutive days.

The training material further indicated that future "Crossovers" would occur at the following Spot Silver Prices:

> Crossover point from the $10 to the $20 Silver Base is $7.50   30DMA (30 Day Moving Average)
> Crossover point from the $20 to the $50 Silver Base is $16.00   30DMA
> Crossover point from the $50 to the $100 Silver Base is $41.50   30DMA
> Crossover point from the $100 to the $250 Silver Base is $84.00   30DMA
> Crossover point from the $250 to the $500 Silver

12

Base is $211.50    30DMA

These "Crossover" points create a period referred to in the training material as a "windfall." This "windfall" can be illustrated simply by comparing the profits reaped at the final stage of the $10 Silver Base to the profits reaped at the initial stage of the $20 Silver Base for the one ounce coin:

**$10 Silver Base (previously explained for $6 Spot Price)**
RCO Rate = $7.50
Associate Rate = $8.75
Face Value = $10.00


**$20 Silver Base**
Spot Silver Price = $8.00
RCO Rate = $8.00 (Spot price) + $3.00 (Fabrication & Overhead) = $11.00 (Shipping costs are not included in these calculations.)
Associate Rate = $11.00 + $4.50 (Half the difference between $11 and $20) = $15.50*
Face Value = $20.00

* When discussing the "Crossover" and rates for the Liberty Dollar at the $20 Silver Base, the training material indicated:

    "Our earlier experience has taught us to set the
    maximum Associate discount at 20% from face value;
    therefore the Associate Quote at $8 silver would be
    $16, not $15.50. We anticipate this period to be
    very brief but any windfall would help compensate
    the RCOs for their losses during the period in "no
    man's land" just prior to the Crossover."

A coin, for which the spot silver sold for $6.00 provided the RCOs with a $1.25 profit per coin. That same coin, for which the spot silver sold for $8.00 provided the RCOs with a $5.00 profit per coin. The difference in spot price is two dollars ($2) but the difference in profit margin is three dollars and seventy-five cents ($3.75).

This disparity in spot price and profit margin is dramatically inflated as the Silver Base rises. Based on the calculations for the $500 Silver Base, the RCOs will profit $114.50 per coin (assuming fabrication and overhead stays the same and the maximum Associate discount remains 20%).

On 3/24/07, during a consensually recorded conversation with an undercover employee (UCE) of the Federal Bureau of Investigation (FBI) Bernard von Nothaus, the Monetary Architect of the Liberty Dollar, stated that the "move up" or "Crossover" to the $50 Silver Base would occur when the 45 day moving average of the spot price of silver reached

13

$16.50.

On 3/28/07, during a consensually recorded conversation with an undercover employee (UCE) of the Federal Bureau of Investigation (FBI), William Kevin Innes, the Regional Currency Officer (RCO) for Asheville, North Carolina, indicated that the "Fabrication and Overhead" costs would increase as the Silver Base increased. However, the base coins will continue to be one ounce.

On 3/24/07, during a consensually recorded conversation with an undercover employee (UCE) of the Federal Bureau of Investigation (FBI), von Nothaus showed a group of Asheville Liberty Dollar Associates a coin minted for the $50 Silver Base. The one ounce coin was a Liberty Dollar with the face value of $50. Von Nothaus stated that the coins minted with the $50 symbol on them were used to support the eDollars and silver certificates currently issued by NORFED.

**BERNARD VON NOTHAUS:**

Bernard von Nothaus is the founder of the American Liberty Dollar currency, the founder of NORFED, the self-described monetary architect and Executive Director of Liberty Dollar Services, Inc., and Regional Currency Officer, Evansville, Indiana. Von Nothaus is also a member of the NORFED Executive Committee.

On 10/20/05, during a consensually recorded session of a Liberty Dollar University, von Nothaus spoke about the Board of Directors for NORFED. He stated that they chose not to be identified. However, von Nothaus identified himself as the Chairman of the Board. Von Nothaus also identified himself as the President of the RCO Congress.

In each Associate packet, NORFED sends a book entitled The Liberty Dollar Solution To The Federal Reserve, Edited by Bernard von Nothaus. An excerpt of the biography on the back cover of this book describes von Nothaus as the designer and developer of the Liberty Dollar and the "Monetary Architect" at NORFED, a non-profit, free enterprise corporation that distributes the Liberty Dollar since 1998.

On 03/24/07, during a consensually recorded meeting with an UCE, von Nothaus acknowledged that he had a team of attorneys working for him when he introduced the Liberty Dollar. They created the disclaimer for the Liberty Dollar. Von Nothaus stated that they discussed Title 18, Section 486, a long time ago. Von Nothaus referred to Title 18, Section 486, and advised the UCE that was the section of the law which prohibited the use of the word "utter." Von Nothaus stated that the Liberty Dollar Certificates were not illegal. Title 18, Section 486 only addressed specie.

During the same consensually recorded meeting von Nothaus

14

1  stated that he postponed any further interviews of his
   potential successors until the conclusion of his legal
2  filings with the US Government.  Von Nothaus felt that if he
   lost his lawsuit he would have to serve five (5) years in
3  prison, as the Liberty Dollar would be ruled illegal, and he
   had clearly founded and grew the Liberty Dollar Organization.
4  Von Nothaus also felt that if he won his lawsuit he would not
   have to worry about his successor because the legality issue
5  would not be pertinent and the organization would grow.  Von
   Nothaus stated that he was running a multi-million dollar
6  company and needed a business person with twenty (20) years
   of marketing experience.  Von Nothaus stated that he could
7  not convert a Patriot to be someone with twenty (20) years of
   experience, but he could convert a business person into a
8  Patriot.

9  www.geocities.com describes the Patriot Movement as a
   "loosely organized group whose members believe that the
10 federal government has become tyrannical in its attempts to
   control citizen's lives in areas such as taxation,
11 environmental regulation, gun ownership, and constitutional
   liberties."
12
   At Liberty Dollar University #7, held from 10/19/05 through
13 10/22/05 and at Liberty Dollar University #11, held from
   10/25/06 through 10/28/06, Innes and von Nothaus were the
14 primary instructors for the entirety of the training events.
   Innes primarily taught marketing techniques.  Von Nothaus
15 primarily taught the business profit margin methodology.

16 On 04/12/07, during a consensually recorded session of
   Liberty Dollar University #13, von Nothaus stated that he was
17 the only person to attend every Liberty Dollar University.
   He also identified himself and Innes as the instructors for
18 the Liberty Dollar Universities.

19 On 08/28/07, during a search of www.allwhois.com for the
   domain ownership of www.libertydollar.org, it was determined
20 that the domain registrant is Sarah Bledsoe, von Nothaus'
   assistant.  The organization listed is the Liberty Dollar at
21 225 N. Stockwell Rd, Evansville, IN 47715.  The
   administrative organization for the website is NORFED at 225
22 N. Stockwell Rd, Evansville, IN 47715.

23 **BERNARD VON NOTHAUS' VEHICLE:**

24 The vehicle is described by an undercover employee (UCE) of
   the Federal Bureau of Investigation (FBI) as a luxury
25 vehicle.  On 3/24/07, in a recorded meeting between the UCE
   and von Nothaus, von Nothaus stated that the government
26 couldn't have him driving around in a silver Cadillac.  On
   08/28/07, a Department of Motor Vehicles check indicated that
27 von Nothaus and Mary von Nothouse are associated by listing
   themselves as insured drivers for the same vehicle, which was
28 registered in the state of **Florida, license plate number**

15

**J69FEP, Vehicle Identification Number (VIN):**
**1G6KD54Y0XU758775** which is a 1999 Cadillac Deville, four door, aluminum silver in color. On 8/28/07, a Lexis Nexis check of Bernard von Nothaus indicated the title holders for the 1999 Cadillac Deville are Mary S. von Nothouse and Bernard von Nothaus. Additionally, the Lexis Nexis check indicated von Nothaus' personal information as follows: date of birth 03/19/1944, Social Security Account Number 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, and home address 527 N Green River Road, Apt A158, Evansville, IN 47715-2472.

On 10/27/06, while in attendance at a Liberty Dollar University, von Nothaus sold the UCE a Liberty Dollar t-shirt. Von Nothaus stated that he brought the t-shirts to sell from the Fulfillment Office in Evansville, IN. Von Nothaus traveled from the Fulfillment Office to the LDU via his personal car.

On several occasions from October 2005 to May 2007, the UCE witnessed von Nothaus carrying a briefcase and other containers which were transported in his vehicle or the vehicle in which von Nothaus was riding. The briefcase and other containers transported newly updated marketing material for the Liberty Dollar, Liberty Dollars, proofs for newly minted or soon-to-be minted Liberty Dollars and State Monetary Initiative Liberty Dollars, striking equipment for von Nothaus to specifically mark individual coins to add value to the coins in the numismatic market, proofs for the Royal Hawaiian Mint silver coins, t-shirts, RCO supplies, and other miscellaneous items which contribute to the distribution and marketing of the Liberty Dollar. It was the UCE's understanding that the briefcase and other containers were designed for transport to speaking engagements, and were regularly maintained in von Nothaus' vehicle.

On 3/24/07, the UCE and von Nothaus attended a Liberty Dollar meeting in Asheville, NC. Von Nothaus provided everyone in the group with an updated version of the Liberty Dollar brochure. Additionally, von Nothaus passed Liberty Dollar coins and coins from the Royal Hawaiian Mint around the table. The coins included the new California $20 Liberty Dollar; Liberty Dollars/Libertads from Panama and Ecuador; the Hawaii Dala, in denominations of five dollars ($5.00 ALD), ten dollars ($10.00 ALD) and twenty dollars ($20.00 ALD); and the fifty-dollar ($50.00 ALD) Liberty Dollar. The brochures and the coins were all produced from the above mentioned containers which were transported to the meeting in von Nothaus' vehicle.

**METHODS OF DISTRIBUTION:**

A Cooperating Witness (CW) and an Undercover Employee (UCE) of the Federal Bureau of Investigation (FBI) received mailings from the NORFED Fulfillment Office, 225 N. Stockwell Road, Evansville, Indiana 47715, which contained the NORFED

16

Liberty Dollar Associate introductory packet of materials, silver Liberty Dollar coins, Warehouse Receipts, and information to access an on-line account for eDollars.

An Undercover Employee (UCE) of the Federal Bureau of Investigation (FBI) also accessed the on-line eDollar account with a forty-dollar ($40.00) purchase of the initial Associate package. The UCE cashed out of the eDollars and received a check for thirty dollars and thirty-eight cents ($30.38).

**METHODS OF MARKETING AND COMMUNICATION:**

An UCE of the FBI also joined NORFED'S egroup which distributes marketing information via the internet. The UCE documented and maintained all egroup communications conducted with the NORFED egroup. The communications include information on the "move ups", information regarding NORFED'S decision to continue to market and distribute the currency after the US Mint warning, and other information related to the operation and usage of the currency.

Bernard von Nothaus, the "Monetary Architect" of the Liberty Dollar, is currently asking for donations for his "Legal Defense Fund" based upon the United States Mint warning. He is asking that the donations be provided in Federal Reserve Notes (FRN). Solicitation of donations has appeared in the egroup communications, as a letter in the Liberty Dollar Associate welcome package, and at the 3/24/07 Liberty Dollar Associate meeting with von Nothaus in Asheville, NC.

In The Liberty Dollar Solution To The Federal Reserve part IV, The Liberty Dollar, Chapter 30, Competition Comes to the Fed, on page 260 states, "The Liberty Dollar, which is 100% backed and $100% redeemable in gold and silver, provides a simple solution: "Stop using Federal Reserve money and start using the Liberty Dollar to return America to value - one dollar at a time." The paragraph ends and is followed by a quote from Edmund Burke, "The only thing necessary for the triumph of evil is for good men to do nothing."

The chapter continues by comparing the Liberty Dollar's competition with the currency of United States to the United States Postal Service's competition with FedEx. These statements highlight the intent of NORFED - The National Organization for the Repeal of the Federal Reserve and Internal Revenue Codes, to replace and/or compete with the financial systems of the United States of America to undermine the existing economic system.

At the Merchant level of membership the member merchant signs an agreement with the RCO and receives a discounted rate on the purchase of ALD currency. The focus of the RCOs and the Associates is to sign up as many Merchants as possible in their region. The Merchants then purchase the ALD currency

17

from the RCO or the Associate. The RCO and Associate make a profit for each sale to a lower echelon member of the scheme. The ALD currency is marketed to the Merchant as a way to make a profit by making change. Due to the similarity in appearance between the ALD coins and other legitimate United States coinage, the ALD coins can be given as change and the recipient may not notice that the ALD is not United States coinage or may assume that it is United States coinage. The end user receiving the ALD currency as change or a merchant that accepts the ALD currency unwittingly is receiving a non-government issued currency that cannot be deposited in a bank, is not universally accepted, and, though advertised as 100% backed by precious metal, is valued significantly less than the marked face value of the currency.

The NORFED website, www.libertydollar.org, provides informative materials regarding the silver Liberty Dollar coins, Warehouse Receipts, and on-line eDollars; records of the silver and gold holdings at the Sunshine Mint; search tools for a person to locate their nearest Regional Currency Officer, and previously a national directory of Liberty Dollar Associates; the organization's financial ideology, including it's theories on the Federal Reserve and material covered in the book, The Liberty Dollar Solution To The Federal Reserve; media productions; and links to each of the Regional Currency Officer's individual websites.

In addition to the information and marketing on the website, www.libertydollar.org offers the purchase of the ALD currency on-line.

Purchases made on the Liberty Dollar website are similar to those made on any other website. Pictures and descriptions of the items for sale are shown. A purchaser may click on an item to read additional information. Once a purchaser decides to buy an item, the purchaser may click on an icon "Add to Cart." At the end of the transaction, a purchaser may view their items selected in a "shopping cart" by clicking on the words "Cart Contents" and can make any changes before the final transaction. The purchaser may then click on the word "Checkout," and is asked to enter his/her method of payment. The website only accepts credit card payments for these electronic purchases. The goods include, but are not limited to, a Liberty Dollar Associate Package, educational material, clothing, digital Liberty Dollars, and coins. These goods are then shipped via a US Mail or like carrier to the purchaser's provided address.

NORFED's purpose in the minting, distribution, sale, and circulation of the American Liberty Dollar coins is to make money through the use of this alternative currency by merchants, Regional Currency Officers, Liberty Dollar Associates, and the public. The use of the silver, gold and copper coins in this manner is a violation of **Title 18 United States Code (U.S.C.) Section 486 which states:**

18

# Uttering coins of gold, silver or other metal

"Whoever, except as authorized by law, makes or utters or passes, or attempts to utter or pass, any coins of gold or silver or other metal, or alloys of metals, intended for use as current money, whether in the resemblance of coins of the United States or of foreign countries, or of original design, shall be fined under this title or imprisoned not more than five years, or both."

**SUNSHINE MINT:**

The Sunshine Mint, or Sunshine Minting, Inc., located at 750 West Canfield Avenue, Coeur d'Alene, Idaho 83815, is the mint that NORFED uses to create the ALD coinage and to store the organization's gold and silver holdings. The mint's website at www.sunshinemint.com lists the address under the heading 'Company Profile.'

The physical precious metal holdings are located at the Sunshine mint. Based upon the information on the mint website, the holdings are divided between the mint's Safekeeping Account system and any ALD coinage that has been created and not yet shipped by the Sunshine Mint.

The Sunshine Mint operates a Safekeeping Account for the storage of precious metals. The mint's website at www.sunshinemint.com describes the account:

> "Our Safekeeping Account is known in the industry as an unallocated storage account. It can be referred to as a non-segregated account or simply a pool account."

> "This account is, in effect, a precious metal account in which a client owns a defined, un-segmented interest or portion in a pool of precious metal held in storage and insured by SMI at their secure facility."

Clark, Anderson, McNelis & Co., 560 West Canfield Avenue, Suite 100, Coeur d'Alene, Idaho 83815, is the auditor that NORFED used to conduct monthly audits of the holdings at Sunshine Mint compared to the reported issued currency by NORFED. Statements documenting the fact that audits have been conducted and the results of monthly audits through August of 2006 are located on NORFED's website, www.libertydollar.org.

Using the 11/08/2007 spot price of silver at $15.34 and the spot price of gold for the same date at $846.50, applying the New York Spot Prices from www.kitco.com, the NORFED audit dated July 31, 2007 shows that NORFED stored net silver holdings of 158,412.5 ounces of silver at the spot price of

19

$15.34 are valued at $2,430,047.70. The audit also lists 96 ounces of gold holdings at a spot price of $846.50 valued at $81,264.00.

An Undercover Employee (UCE) of the Federal Bureau of Investigation (FBI) reported that a portion of the silver holdings located at the Sunshine Mint have been used to mint ALD coins at base $50.00 value in preparation for the next "move up". The information was obtained during a consensual recording of Bernard Von Nothaus on 3/24/07.

On 10/21/05 an Undercover Employee (UCE) of the Federal Bureau of Investigation (FBI) attended a Liberty Dollar University in Asheville, North Carolina. During the training, the UCE participated in a consensually recorded conversation with RCO Dan Rose, of Mississippi who toured the Sunshine Mint. Rose described the tour as paraphrased by the UCE:

> The RCO stated that the place was the most uptight, detailed, "got their ducks in order" organization he had ever seen. He had to remove as much metal from his body as possible (rings, change, etc).

> The RCO described the mint as a pre-fab concrete building (warehouse) with all of the activity on one floor. The building had 30 foot ceilings and was basically a 30,000 square foot box. There were pallets of silver in the strong room. The strong room was a room inside the warehouse with concrete walls. In the corner of the strong room there were pallets that went from the floor to seven feet high with thousand pound ingots, which were chunks of silver about the size of a loaf of bread.

> The RCO witnessed coins stacked on pallets waiting to be shipped out. Also the silver that backed the eDollars. They had one of everything they had ever made, including pieces that were not minted for the Liberty Dollar.

> The Sunshine Mint maintained silver for the government's pieces. Regarding the melting, there was a big box that held all of the silver, they stuck electrodes in it and melted it down. Then hydraulic lines moved silver for a saw to cut slices of the silver. Then it went to a press, whereby the round cylinder was pressed into a long strip and was cut. Extra silver was recycled.

On several occasions including 10/20/05 and 10/26/06, von Nothaus advised the UCE that Tom Power ran the warehouse where the ALD was minted.

On 11/3/05, the UCE reviewed the material sent in the ALD

Case 1:07-mj-00120-MR   Document 2   Filed 11/09/07   Page 20 of 35

Associate package.  Included in the material was a compact disc entitled <u>The Liberty Dollar</u>, DSI Presentation, December 2, 2002, which represented that NORFED bought and deposited silver at the warehouse.  The warehouse issued the receipts (silver certificates) to NORFED.  Tom Power ran the warehouse.  Von Nothaus was friendly with the Sunshine Mint, but he had a fiduciary responsibility to ensure the silver existed.  An auditor certified the silver monthly.

**WAREHOUSE RECEIPTS:**

**Verified First Technologies**, 1700 Commerce Way, Paso Robles, California 93446, is the company that created and manufactures the American Liberty Dollar (ALD) Warehouse Receipts which are the ALD version of paper currency.  NORFED advertises the warehouse receipt as 100% backed by silver.  Their contention is that the warehouse receipt represents the appropriate amount of silver stored at the Sunshine Mint dependent upon the face value denomination of the warehouse receipt.  For example, at the $20.00 base currency level, one $20.00 Warehouse Receipt is backed by one troy ounce of silver.  The part of the fraudulent scheme NORFED portrays the ALD currency as a barter system instead of currency.  Therefore, the $20.00 Warehouse receipt is circulated at a value of $20.00 but the actual value of the silver is at the daily spot price, which is significantly lower than the face value.  NORFED, the RCOs, Associates, and member merchants make money circulating the currency.  The only parties in the process who deal with the ALD currency at face value are the unwitting victims left holding the ALD currency after all the co-conspirators have made their money.

The Sunshine Mint maintains $50.00 base ALD coins and other precious metal holdings that back the Warehouse receipts in addition to the Mint's Safekeeping account.  The holdings at the Sunshine Mint in all forms represent the circulated Warehouse Receipts and eDollars.  Additionally, the silver used to back the Warehouse Receipts and eDollars is used to perpetuate the uttering and circulation of the ALD coins in violation of Title 18 USC Sections 486 and 489.

Review of Verified First Technologies website at www.isp-vft.com identified American Liberty Dollar Warehouse receipt depictions in a digital image on the company website homepage.  The 'Contact Us' heading of the website provides the following information regarding International Security Products:

International Security Products, Inc./Headquarters
1750 Commerce Way
Paso Robles, CA 93446
USA

The website also includes patent information which shows ISP holding patents under the name Verified First Technologies.

21

On website www.amgraf.com/pages/news.html Verified First Technologies, Inc. is described as:

About Verify First Technologies, Inc.

VFT provides advanced security solutions to 23 countries utilizing unique anti-copy and verification security technologies. VFT develops, licenses, and provides patented security technologies for both the brand product and document industries. VFT has been issued twelve U.S., Canada and European patents and has numerous patents pending for other anti-fraud technologies. VFT's Corporate Office is located in Paso Robles, California USA and the company has an additional sales & marketing office in Ithaca, New York USA. For additional information contact George Phillips at (805) 238-2503, David Huckle at (607) 266-9839 or go to VFT's website at www.verifyfirst.com.

NORFED's account **#7801142980**, with **Integra Bank** shows three distributions to ProDocument Solutions for a total of approximately $3,400.00.

www.naspo.info lists ProDocument Solutions, 90 West Poplar Ave., Porterville, CA, 93257, website: www.prodocumentsolitions.com and provided the following description:

"ProDocumentSolutions offers a wide range of unique patented technologies that provide both covert and overt protection for product fraud or diversion protection. We work closely with Verified First Technologies to provide the very best, cost effective solutions for our customers."

**DIGITAL LIBERTY DOLLARS (eDollars):**

The NORFED website at www.libertydollar.org/elibertydollars/learn_more.html describes the eDollars (in bold) as:

**"Introduction to the Digital Liberty Dollar (eLD)**

**What is a digital currency? And what's the big deal about a digital Liberty Dollar?**

**A digital currency is any currency that uses an electronic system (telecommunication, wire or the Internet) to move money like the US dollar instead of the physical notes. A digital currency is simply money without paper. When you write a check, use a credit/debit card or send a bank wire, there are no "paper" dollars used, counted, or moved. You are simply directing a "unit of accounting," i.e. a "dollar" amount, to be moved from one account to another account, between banks or around the world. Just as checks, credit/debit cards, wires and EFTs don't move physical**

22

dollars, the new, private silver based digital Liberty Dollar doesn't move the physical silver.

So when you go to www.eLibertyDollar.com and send some "digital Liberty Dollars," you are sending a message to the server to move some of your digital Liberty Dollars (eLD) to that person's account... even if they don't have an account! And to make sure nobody is misusing your account and that the correct person receives your money, every transaction is confirmed via email with an automatic message.

All this is a big deal for the Liberty Dollar because over 98% of all transactions do not use notes. They use digital dollars. Just think of how many times you use a check or credit/debit card and you will begin to understand that the Liberty Dollar needed to be in digital form to be successful. Now America's inflation proof currency is available in digital, physical, and paper certificate form. Now you can use the Liberty Dollar as easy as the US dollar.

Capitalizing on the steady growth of America's second most popular currency the Liberty Dollar is now available to individuals and merchants who conduct business over the Internet and via e-mail. Simply put, you can email Liberty Dollars to anybody in the world and buy on the WorldWideWeb from any merchant who accepts Liberty Dollars.

Click HERE to open a free account in just two minutes.

Click HERE to become a Liberty Merchant today.

You can open a free Liberty Dollar account in a couple of minutes. To fund your account simply exchange US Dollars into Liberty Dollars dollar-for-dollar using a credit card, wire, money order or check. But why exchange dollar-for-dollar when you can get the Liberty Dollar at a discount and use it at a profit when you become a Liberty Associate!

Fees for using the digital Liberty Dollar are free for all transactions under $20. And only 41 cents for any payment of $20 or more, paid by the payee. For the cost of a postage stamp, you can now send silver backed Liberty Dollars anywhere in the world instantly and at a fraction of the cost of typical banking fees. All digital Liberty Dollars are 100% redeemable in .999 fine Silver Libertys, Silver Certificates or exchangeable into US dollar as specified.

"We created the digital Liberty Dollar to marry the strength of silver backed currency with the speed and convenience of the Internet," said Bernard von NotHaus, Monetary Architect of the Liberty Dollar. "This e-currency is absolutely unique; no other money offers 100% silver backing, paper certificates, physical redemption with one-ounce Silver Libertys, and digital convenience that rewards the people who use the currency with a profit. Our users have been asking

23

for a digital currency ever since we launched the Liberty Dollar in 1998. Now, we're proud to say that after extensive research and development, we built a system that works, technically and economically."

Click HERE to open a free account in just two minutes.

Click HERE to become a Liberty Merchant today.

The Liberty Dollar is distributed by Liberty Services through a network of Regional Currency Offices (RCO) and Liberty Associates who operate nationwide in all fifty states. Founded to address the growing concern of many Americans about the spiraling Federal debt, trade deficit, inflation, and their overall effect on the economic life of Americans, Liberty Services offers a simple inflation proof solution to the depreciating US Dollar. For more information, please visit www.LibertyDollar.org or call toll free: 888.LIB.DOLLAR or 888.421.6181 between 8:30 - 5:00 CST M-F."

**WILLIAM KEVIN INNES:**

William Kevin Innes is the Asheville, NC, Regional Currency Officer (RCO) for the Liberty Dollar organization and one of three members of the NORFED Executive Committee.

On 10/11/05, an Undercover Employee (UCE) of the FBI was introduced to Innes by a Cooperating Witness (CW) who was enrolled as a Liberty Dollar Associate (Associate). Innes explained to the UCE how to join NORFED as a Associate by purchasing the two-hundred and fifty dollar ($250.00) Associate package. Innes advised the UCE that there were seventy (70) businesses in the Asheville area which took the Liberty Dollar.

On 10/20/05, while attending a Liberty Dollar University, von Nothaus and Innes told an UCE that the three largest communities using the Liberty Dollar were, Austin, TX; Berryville, AR; and Asheville, NC.

On 12/21/05, 08/08/06, 10/28/06, 11/11/06, and 03/28/07, an UCE and Innes exchanged money and or silver Liberty Dollar coins to facilitate the UCE's use of the currency.

On 10/27/06, while speaking at a Liberty Dollar University, Innes spoke about how to market the Liberty Dollar in communities, and in particular, how he marketed in Asheville, NC. Innes stated that there were eighty-five (85) to ninety (90) merchants in the Asheville, NC, area.

On 11/13/06, the Citizentimes.com released a story entitled Liberty Dollars used in Asheville are not legal tender. The following are excerpts from the article:

Karen Griffin, owner of the Gourmet Perks

24

Restaurant in Asheville, started accepting payment in the dollars about a year ago as a way of promoting her business. She admitted, however, not many customers actually come in with them.

"It gets my name out there in a different market," said Griffin, who has not used Liberty Dollars personally.

NORFED executive director Michael Johnson claims that more that $20 million in Liberty medallions and paper certificates are in circulation. The head of the Evansville, Ind.-based non-profit, which promotes use of the alternative money, agrees it's against the law to use the Liberty Dollar if someone believes it is government money.

"The terms that they use are valid terms," Johnson said. "It just means that you can use the Liberty Dollar to purchase, to transact business between individuals who want to use it as private currency."

Kevin Innes is one of them. He's paid $250 to become a Liberty Dollar "associate," which allows the music teacher to buy the private currency at a discounted price. He said he explains to businesses around town that the dollars are not official currency, and if they want to use them, they have to be willing to "accept it and actively give it as change."

"It hasn't been a part of people's consciousness to use another currency unless you're at the boarder of Canada or Mexico," said Innes, who leaves the coins as tips and uses them wherever he can in Asheville. "It builds a form of customer loyalty. It's like a community currency."

At Liberty Dollar University #7, held from 10/19/05 through 10/22/05 and at Liberty Dollar University #11, held from 10/25/06 through 10/28/06, Innes and von Nothaus were the primary instructors for the entirety of the training events. Innes primarily taught marketing techniques. Von Nothaus primarily taught the business profit margin methodology.

On 03/28/07, Innes met with two UCE's of the FBI. Innes discussed the philosophy behind using silver as currency. Innes cautioned an UCE regarding proper terminology, including not using the terms "coin" or "current money." He explained how merchants receive incentives for circulating Liberty Dollars through a business. These incentives included making money by handing the Liberty Dollars out as change, receiving free advertising on the Merchant Directory, and enticing repeat customers by the use of Liberty Dollars.

25

On 04/12/07, during a recorded session of Liberty Dollar University #13, von Nothaus stated that he and Innes were the instructors for the Liberty Dollar Universities.

**WILLIAM KEVIN INNES' RESIDENCE:**

On 8/28/07, a Lexis Nexis check of William Kevin Innes indicated his home address as 7 ½ Green Oak Road, Asheville, NC 28804.

On 8/8/06, following a PATRIOT NETWORK MEETING in Asheville, NC, William Kevin Innes requested that the UCE assist him in driving to his house because his car headlights were not working. Additionally, while at Innes' house in the vicinity of the Elk Mountain Road exit of Highway 19/23, Innes provided the UCE with seventeen (17) ounces of silver ALD coins which had been maintained inside Innes' home.

While inside Innes' home, Innes gave the UCE silver at a Liberty Dollar Associate rate of seventeen dollars and twenty-five cents ($17.25). Seventeen (17) ounces were provided in denominations of twenty dollars ($20.00 ALD) and ten dollars ($10.00 ALD). Approximately six dollars and seventy-five cents ($6.75) remained. The UCE told Innes to keep the six dollars and seventy-five cents ($6.75) for the purchase of three DVD's that the UCE purchased that evening. The UCE provided check #1027 on or about 5/10/06 for this silver purchase and DVD payment.

Innes and the UCE explained to a prospective Associate how to sign up to become a Liberty Dollar Associate, and how to receive the incentive to sign other ASSOCIATES into the program at the residence on 08/08/06.

Innes stated that he added merchants to his Asheville list without speaking to the store owner because he was told while he was in the business that they would take the Liberty Dollar.

The Innes residence is described by an undercover employee (UCE) of the Federal Bureau of Investigation (FBI) as a single family residence located near the Elk Mountain Exit off the Highway 19/23. The UCE further described the residence by a driveway and parking section located on the side of the house with the front door located in the center of the home. The kitchen, living room, and bathroom are located on the ground floor. The UCE believed there may be another level of the home where Innes maintained reserve Liberty Dollars because Innes requested that the UCE remain on the entry level while he went to retrieve the Liberty Dollars that the UCE purchased on 08/08/06.

A drive by of the residence was conducted by the FBI on 10/11/07. The residence is described as a white, single family dwelling with a gable roof, the second residence to

the left beyond a green mail box marked with the number 7 ½.

Innes has regularly received checks from NORFED sent to Post Office Box 441, Asheville, North Carolina 28802. The most recent identified check was dated 7/27/2007 for $100.00 signed by Sarah Bledsoe. The signature card for the Post Office Box shows Innes as the applicant and lists a former Liberty Dollar of Asheville business address of 20 Battery Park Avenue #410, Asheville, North Carolina 28801. Innes closed the business location and has worked out of his residence since prior to the Undercover Operation, in late 2004 or early 2005.

Since closing the business location Innes has been known to use his residence as his business location. The UCE purchase of Liberty Dollar coins at the residence on 8/08/06 confirms that he uses his residence to market the currency. Credit searches identify the prior business location but do not show any other business locations since Innes operated out of the 20 Battery Park Avenue #410, Asheville, North Carolina location.

On 11/04/2007, an Agent of the FBI attended a gun show at the Civic Center in Asheville, North Carolina. The Agent was told that he could purchase Liberty Dollars from Kevin Innes and that Innes was present at the Civic Center.

On 11/08/2007 a search of www.libertydollar.org under the Contact Us link, RCO search was conducted on zip code 28803. the website lists a contact for Kevin Innes, Liberty Dollar of Asheville at telephone number (828)275-5360.

Telephone number (828) 275-5360 is the telephone number related to William Kevin Innes through a Lexus Nexus credit report check. The report documents 7 ½ Green Oak Road as William Kevin Innes' current residence. The report associates the telephone number to the 7 ½ Green Oak Road address and Post Office Box 441.

The United States Postal Service (USPS) reported on 11/08/2007 that Innes currently receives mail at the 7 ½ Green Oak Road address.

www.buncombetax.org lists two properties located on the parcel with the physical address of 7 Green Oak Rd., Asheville, NC 28804. The second building is located on the map in the position of the residence observed by the FBI. The online tax records indicate that the building in a single story conventional building with a gable roof.

On 11/08/2007, Agents of the FBI observed lights in the top story windows and the lower story rear window of the 7 ½ Green Oak Road residence after dark, indicating that the residence is currently occupied.

27

Innes' business is ongoing and includes business records, training materials, marketing materials, shipping information, computers, and the Liberty Dollar currency. Innes carries those materials with him to visit member Merchants, Associates, and to market the Liberty Dollar currency to prospective members. Without a business location, any accounting, updating of websites, computer work, storage of all valuable currency, and email and telephone communications with NORFED are likely conducted from the residence.

## WILLIAM KEVIN INNES' VEHICLE:

Innes' vehicle is described by an undercover employee (UCE) of the Federal Bureau of investigation (FBI) as an older model white Volvo. On 08/28/07, a Department of Motor Vehicles check indicated that Innes had a registered vehicle in the state of North Carolina, license plate number PTK3005, which is a 1992, white, four door, Volvo sedan, Vehicle Identification Number (VIN): YV1AS8810N1475377. The Volvo is registered to William Kevin Innes, date of birth 09/03/1955, Social Security Account Number 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, home address 7 ½ Green Oak Road, Asheville, NC 28804. This address and vehicle were also verified by a 08/28/07 check for Innes on Lexis Nexis.

On numerous occasions Innes offered to deliver or delivered Liberty Dollars in his personal vehicle. On occasions when his vehicle required maintenance, Innes indicated that he used his wife's car for business. On 12/21/05 the UCE met with Innes in the parking lot of the TARGET store located on Airport Park Road, Arden, NC. Innes gave the UCE ten (10) twenty Liberty Dollar ($20 ALD) pieces which he transported to that location in his car.

Innes transported Liberty Dollars, Liberty Dollar marketing material, and Liberty Dollar referral payments to numerous PATRIOT NETWORK meetings, including the meetings held on 10/11/05, 11/08/05, 11/16/05, 12/13/05, 8/8/06, and 10/10/06. Additionally, the UCE witnessed Innes transporting Liberty Dollars and Liberty Dollar marketing material to several other meetings, including the Liberty Dollar University sessions on 10/19/05, 10/20/05, 10/21/05, 10/27/06 and 10/28/06; the ATLANTA FREEDOM CONFERENCE from 11/11/05 through 11/13/05; Liberty Dollar meetings on 11/09/06 and 3/24/07; and several movie showings, including one at the French Broad Food Co-Op on 12/16/05.

## LEGALITY:

NORFED has marketed the ALD currency as "perfectly legal" and uses quotes from inquiries to media representatives from various government entities to legitimize the scheme. To clarify the violations, particularly Title 18, U.S.C. Section 486, the United States Attorney's Office, Western District of

| | |
|---|---|
| 1 | North Carolina requested a legal analysis from the Department |
| | of Treasury of the Liberty Dollar as it relates to Title 18 |
| 2 | U.S.C. Sections 486. |
| 3 | Additionally, the United States Attorney's Office coordinated |
| | with the United States Mint. Based upon that coordination, a |
| 4 | United States Mint media release was issued to put NORFED, |
| | NORFED members, and the general public on notice that |
| 5 | prosecutors of the Department of Justice have reviewed the |
| | legality of the ALD currency and found that the coinage is in |
| 6 | violation of Title 18 U.S.C. Section 486. The release was |
| | prepared and issued to clear up any erroneous statements |
| 7 | issued by government entities. The media release received |
| | national media coverage in newspapers including USA Today, |
| 8 | The Washington Post, and The Asheville Citizen Times. |

To ensure that NORFED and NORFED members were sufficiently
notified, the United States Mint sent letters to each NORFED
RCO informing them that prosecutors with the Department of
Justice had determined that utilizing the ALD coin as
currency was a violation of federal law.

On 11/28/06, von Nothaus sent an email LIBERTY DOLLAR NEWS:
November 2006 Vol. 8 No. 11, which contained twelve notes.
The third note in the newsletter indicated,

> "The bank action and Mike's departure is not all...
> "threatening" letters have been received via
> certified mail by all the RCOs and myself from
> Daniel P. Shaver, chief counsel for the US Mint.
> The "Treasury Letter" re-hashed the Mint's warning
> and informed all of us that the Department of
> Justice has determined that the Liberty Dollar is
> illegal as per 18 USC 486. Of course, that is
> grossly erroneous as 486 only pertains to passing
> or uttering an item of gold or silver as government
> "coin" "legal tender" or "current money." The
> Liberty Dollar has never been passed or uttered as
> government money and they should know that, hence
> the use of the propaganda machine to extinguish the
> Liberty Dollar. I think the government is afraid
> to take the Liberty Dollar to court because they
> know the law and know that they cannot get a
> conviction."

The text of the United States Mint Press Release is as
follows:

**"The National Organization for the Repeal of the Federal
Reserve Act and the Internal Revenue Code (NORFED) is
producing and marketing gold and silver medallions that
NORFED calls "Liberty Dollars." The United States Mint and
the United States Department of Justice have received
inquiries regarding the legality of these so-called "Liberty
Dollar" medallions. The United States Mint urges consumers**

who are considering the purchase or use of these items to be aware that they are not genuine United States Mint bullion coins and they are not legal tender. These medallions are privately produced products and are not backed by, nor affiliated in any way with, the United States Government. Moreover, prosecutors with the Department of Justice have determined that the use of these gold and silver NORFED "Liberty Dollar" medallions as circulating money is a Federal crime.

Consumers may find advertisements for these medallions confusing and should take note of several issues related to them.

First, the advertisements refer to the product as "real money" and "currency." These medallions might look like real money because they—

- Bear the inscriptions, "Liberty," "Dollars," "Trust in God" (similar to "In God We Trust"), and "USA" (similar to "United States of America"), and an inscription purporting to denote the year of production; and

- Depict images that are similar to United States coins, such as the torch on the reverses of the current dime coin, 1986 Statute of Liberty commemorative silver dollar and 1993 Bill of Rights commemorative half-dollar, and the Liberty Head designs on the obverses of United States gold coins from the mid-1800s to the early 1900s.

However, despite their misleading appearance, NORFED "Liberty Dollar" medallions are not genuine United States Mint coins and they are not legal tender.

Second, the advertisements confusingly refer to NORFED "Liberty Dollar" medallions as "legal" and "constitutional." However, under the Constitution ( Article I, section 8, clause 5 ), Congress has the exclusive power to coin money of the United States and to regulate its value. By statute ( 31 U.S.C. § 5112(a) ), Congress specifies the coins that the Secretary of the Treasury is authorized to mint and issue and requires the Secretary to carry out these duties at the United States Mint (31 U.S.C. § 5131). Accordingly, the United States Mint is the only entity in the United States with the lawful authority to mint and issue legal tender United States coins.

Under 18 U.S.C. § 486, it is a Federal crime to utter or pass, or attempt to utter or pass, any coins of gold or silver intended for use as current money except as authorized by law. According to the NORFED website, "Liberty merchants" are encouraged to accept NORFED "Liberty Dollar" medallions and offer them as change in sales transactions of merchandise or services. Further, NORFED tells "Liberty associates" that

30

they can earn money by obtaining NORFED "Liberty Dollar" medallions at a discount and then can "spend [them] into circulation." Therefore, NORFED''s "Liberty Dollar" medallions are specifically intended to be used as current money in order to limit reliance on, and to compete with the circulating coinage of the United States. Consequently, prosecutors with the United States Department of Justice have concluded that the use of NORFED''s "Liberty Dollar" medallions violates 18 U.S.C. § 486."

NORFED continued to operate the American Liberty Dollar currency after the United States Mint notifications and continues to portray and market the currency as legal. On 10/28/06, soon after the United States Mint warning, an undercover employee (UCE) of the Federal Bureau of Investigation (FBI) purchased a t-shirt at a Liberty Dollar University (LDU) with the caption "The US Mint can bite me."

Additionally, Bernard von Nothaus started a "Legal Defense Fund" based upon the US Mint warning and filed a civil lawsuit in Federal District Court in the District of Indiana against the United States Treasury, the United States Mint, and the Department of Justice. The lawsuit seeks an injunction against these government entities from making statements that the Liberty Dollar violates federal law.

**ACCOUNTING FIRMS:**

Monthly and annual audits of NORFED's silver holdings used to mint the Liberty Dollar are posted on their website, www.libertydollar.org beginning in October 1998. Beginning in October 1998 the auditing firm was **CLARK, ANDERSON, MCNELIS & CO., Certified Public Accountants,** 460 West Canfield Avenue, Suite 100, Coeur d'Alene, ID 83815, telephone 208-772-6460, facsimile 208-772-8272.

On 06/28/07, Von Nothaus sent an email Liberty Dollar NEWS: June 2007 Vol. 9 No. 6, which contained twelve notes. The ninth note in the newsletter indicated,

"...But we have had a problem with the audits. In fact, I regret to report that no audits were performed from September 2006 through January 2007.

I am embarrassed to report that the original auditor abandoned ship without informing us, in spite of a signed contract. As I explain in the letter posted on our site, for these missing months, we tried repeatedly to get the Audit Reports, then it took months to find a new Auditor and finally to get the audit program back on track.

I am very pleased to report that because we started

31

with a new auditor, it was necessary to review all the pervious audit reports, and ascertain that all facts and figures are correct. And they are. There is no missing information for any month."

According to von Nothaus, no auditing procedures were conducted from September 2006 through January 2007. The auditing firm which confirmed the organization's silver holdings during that time and the auditing firm which has conducted monthly audits since January, 2007, was **ANDERSON BROTHERS CPA's, PA**, 1810 E. Schneidmiller Avenue, Ste 310, Post Falls, ID 83854, telephone 208-777-1099, facsimile 208-773-5108.

The 2006 annual audit posted on the Liberty Dollar website was signed by Tom Power, representing the Sunshine Minting, Inc.; Dana Robson, CPA for CLARK, ANDERSON, MCNELIS & CO.; Bernard von Nothaus, for NORFED, Inc.; and Alfredo Pacheco, RCO, Witness. Previous annual audits posted were generally signed by Tom Power, a representative of CLARK, ANDERSON, MCNELIS & CO.; Bernard von Nothaus, and a witness, not necessarily a Regional Currency Officer.

**COMPUTERS:**

NORFED's website at www.libertydollar.org is utilized to market, sell, and provide information on how to circulate the currency.

NORFED issues a news letter, operates a section of the website to sell American Liberty Dollar coins, warehouse receipts, and eDollars online, and manages the digital edollar currency accounts online. Von Nothaus and NORFED encouraged the RCO's to share ideas on the "RCO Only Chat Room" online. RCO's also download art work, templates for marketing material, and NORFED approved correspondence from the website.

An Undercover Employee (UCE) of the Federal Bureau of Investigation (FBI) who joined NORFED as a Liberty Dollar Associate obtained a password access to an edollar account associated with membership. The UCE was able to access the account and cash out of the account online.

Two Undercover employees (UCE) of the Federal Bureau of Investigation attended the Liberty Dollar University in Evansville, Indiana in April of 2007. The UCEs provided a description of the NORFED Fulfillment Office located at 225 North Stockwell Road, Evansville, Indiana 47715. The UCEs observed at least six computers in the main office area and one computer in Sarah Bledsoe's office. Bledsoe's office also contains two safes. Sarah Bledsoe is the manager of the Fulfillment Office.

Based upon the affiant's knowledge, training, and experience,

32

I know that searches and seizures of evidence from computers commonly require Agents to seize most or all computer items to include hardware, software, and instructions, to be processed later by a qualified computer expert in a laboratory or other controlled environment. This is almost always true because computer storage devices (like hard disks, diskettes, tapes, laser disks, Bernoulli drives, zip drives, Personal Digital Assistants(PDA), USB drives, and others) can store the equivalent of thousands of pages of information. When the user wants to conceal criminal evidence, he often stores it in random order with deceptive file names. This requires searching authorities to examine all the stored data to determine whether it is included in the warrant. This sorting process can take weeks or months, depending on the volume of data sorted. It would be impractical to attempt this kind of data search on site. Additionally, searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications, so it is difficult to know before a search which expert should analyze the system and its data. The search of a computer system is an exacting scientific procedure which is designed to protect the integrity of the evidence and to recover even "hidden", erased, compressed, password-protected, or encrypted files. Since computer evidence is extremely vulnerable to tampering and destruction both from external sources and from destructive codes imbedded in the system as a "booby trap", the controlled environment of a laboratory is essential to its complete and accurate analysis.

**CONCLUSION:**

NORFED has continued to operate the American Liberty Dollar (ALD) after notification by the United States Mint and the Department of Justice have reviewed the legal issues and have found that the ALD currency violated federal law.

Bernard von Nothaus started a "Legal Defense Fund" based upon the US Mint warning and filed a civil lawsuit in Federal District Court in the District of Indiana against the United States Treasury, the United States Mint, and the Department of Justice.

NORFED uses Federal Reserve Notes (FRN) to conduct business. FRN's are used to buy Liberty Dollar currency. This reliance upon FRN's by a group opposed to FRN's demonstrates that the American Liberty Dollar monetary system is simply a drain on the United States Government's monetary system for financial profit via fraudulent means.

The fact that NORFED and von Nothaus continue with the

33

criminal activity after clear warning from the United States government demonstrates that the Liberty Dollar monetary system is knowingly engaged in violating Title 18 United States Code (U.S.C.) Sections 486 and 489.

On the basis of the above described facts, I respectfully submit that there is probable cause to believe that Bernard von Nothaus, William Kevin Innes, Sarah Bledsoe, NORFED, Liberty Services, Inc., The Liberty Dollar, The Hawaii Dala, Regional Currency Officers, Liberty Dollar Associates, and participating Merchants have conspired to create, market, utter, pass, sell, and circulate The American Liberty Dollar currency in the form of coins, warehouse receipts, and eDollars in violation of Title 18 United States Code, Section 489, making or possessing likeness of coins, Title 18 United States Code, Section 486, Uttering coins of gold, silver or other metal, Title 18 United States Code, Section 1341, Mail Fraud, Title 18 United States Code, Section 1343, Wire Fraud and Title 18 United States Code, Sections 1956 and 1957, Money Laundering. It is also believed that Bernard von Nothaus, Sarah Bledsoe, William Kevin Innes and others engaged in Conspiracy to further the described criminal enterprise in violation of Title 18 United States Code, Section 371.

**JURISDICTION TO ISSUE OUT-OF-DISTRICT WARRANT**

Section 981(b)(3) of Title 18, United States Code, as amended by CAFRA, now explicitly provides jurisdiction for the issuance of seizure warrants for property located in other districts. This statute provides as follows:

Notwithstanding the provisions of rule 41(a) of the Federal Rules of Criminal Procedure, a seizure warrant may be issued pursuant to this subsection by a judicial officer in any district in which a forfeiture action against the property may be filed under section 1355(b) of title 28, and may be executed in any district in which the property is fount.

Issuance of the seizure warrant in this district is appropriate under the above stature, as this is the district "in which...the acts or omissions giving rise to the forfeiture occurred," 28 U.S.C. Section 1355 (b)(1)(A). As provided in 18 U.S.C. Section 981(b)(3), the warrant may be "executed in any district in which the property is found."

I therefore respectfully request that the Court issue a Seizure Warrant for American Liberty Dollar and Hawaii Dala currency; precious metals of gold, silver, copper, platinum, or other substance; and United States currency which was utilized in furtherance of the criminal activity described herein and also represents proceeds of the criminal activity.

34

_____
Andrew F. Romagnuolo
Special Agent
Federal Bureau of Investigation
Asheville, North Carolina

Subscribed and sworn to before me this 9th day of November, 2007.


_____
Dennis L. Howell
U.S. Magistrate Judge

35